IN THE UNITED STATES COURTS OF THE STATE OF CALIFORNIA
DISTRICT N. CA. JUDICIAL DISTRICT AT SAN FRANCISCO

| | |
|---|---|
| FRANCIS J NAVIN | )<br>)<br>) |
| Plaintiff | ) |
| VS | )<br>) Court Case: C 07-3029JSC |
| ALASKA COASTAL MARINE SERVICES CO | )<br>) |
| Defendant | )<br>)<br>) |

**\*\*RETURN OF SERVICE\*\***

I certify that on 7/19/2007 at 3:15:00 PM, I served the annexed SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, DISPUTE RESOLUTION PROCEDURES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFOR A UNITED STATES MAGISTRATES JUDGE, ECF REGISTRATION INFORMATION HANDOUT AND CIVIL CASE COVER SHEET., on the therein named ALASKA COASTAL MARINE at 265 KOBUK CT., SOLDOTNA,AK  99669- by handing to and leaving a true and correct copy thereof with ALASKA COASTAL MARINE SERVICES COMPANY, PRESIDENT TIMOTHY J. CASHMAN SR. ( FIRST ATTEMPT ON TIMOTHY J. CASHMAN JR. HE WAS WORKING IN HOMER ALASKA. THE DAD WAS NOT AT THE OFFICE).

Process Server
Fred V Angleton

Attorney/Requestor: MARIA T. NGUYEN
Sub-Total:                                                         $50.00
Tax:                                                                    2.5
Total:                                                                $52.50

ANGLETON ENTERPRISE
P.O. Box 4155
Soldotna, Alaska  99669
Or
P.O. Box 415
Kenai, Alaska  99611
Phone: (907) 262-2266

Subscribed & Sworn to before me this
_____ day of _____, 2007

Notary Public in & for the State of Alaska
My commission expires: 6-20-2008