**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   FRANCIS J. NAVIN,                        No.  C 07-03029 JCS
8           Plaintiff(s),                    **CONSENT TO PROCEED BEFORE A**
                                             **UNITED STATES MAGISTRATE JUDGE**
9       v.
10  ALASKA COASTAL MARINE,
11          Defendant(s).
12  _____/
13
14      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19  Appeals for the Ninth Circuit
20
21  Dated: _September 19, 2007_          _____
22                                        Signature
23                                        Counsel for _DEFENDANT_
24                                        (Name or party or indicate "pro se")
25
26
27
28

                                        2