1   Kenneth L. Valinoti, Esq. (SBN 118442)
    VALINOTI & DITO, LLP
2   180 Montgomery Street, Suite 940
    San Francisco, California 94104-4223
3   Telephone: (415) 986-1338
    Facsimile: (415) 986-1231
4   Email: kvalinoti@valinoti-dito.com

5   Attorneys for Plaintiff Francis J. Navin

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        (San Francisco Division)

11

12   FRANCIS J. NAVIN, an individual,         )
                                              )
13                Plaintiff,                   )      Case No.
                                              )
14   vs.                                       )           STIPULATION
                                              )
15   ALASKA COASTAL MARINE SERVICES           )
16   COMPANY, an Alaska Corporation           )
                                              )
17          Defendants.                        )
                                              )
18   _____    )
                                              )
19

20                              RECITALS

21   •   Plaintiff filed its Complaint on June 12, 2007.

22   •   Plaintiff served Defendant by personal service on July 19, 2007 in Soldotna Alaska.

23   •   Defendant's Attorney Donna E. Albert, Esq., has since made contact with Plaintiff's

24       counsel regarding the underlying facts described in the Complaint, and requested that no

25       default be taken so that the case could be evaluated and a potential settlement explored.

26   •   To date, no settlement has been reached. Accordingly, the parties wish to proceed with

27       litigation and have the Court issue a new Order continuing the Case Schedule to a date

28       mutually convenient to all parties and to the Court. Accordingly,

Valinoti
& Dito LLP
Attorneys At Law

-1-

IT IS HEREBY STIPULATED THAT

1. Defendant's counsel shall execute and forward to Plaintiff's counsel for filing a Consent to Proceed Before A United States Magistrate Judge no later than September 20, 2007.

2. Defendant shall file a responsive pleading to Plaintiff's Complaint no later than October 19, 2007. Neither this Stipulation nor the Consent to Proceed Before A United States Magistrate Judge shall operate to waive Defendant's right to challenge jurisdiction with its initial responsive pleading if it so desires.

3. The parties agree to file a Joint Case Management Conference Statement no later than October 26, 2007.

4. The parties agree to have a Case Management Conference at the earliest possible date that is convenient to the Magistrate Judge and the court on or after Friday November 2, 2007.

IT IS SO STIPULATED.

Dated: September 20 , 2007                    VALINOTI & DITO, LLP

By: Kenneth L. Valinoti, Esq.
Attorneys for Plaintiff Francis J. Navin

Dated: September 19ᵗʰ , 2007                    DONNA E. ALBERT & ASSOCIATES

By: Donna E. Albert, Esq.
Attorneys for Defendant Alaska Coastal Marine Services Company

Valinoti
& Dito LLP
Attorneys At Law

-2-
**STIPULATION**