Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

Attorneys for Plaintiff Francis J. Navin

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| FRANCIS J. NAVIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALASKA COASTAL MARINE SERVICES COMPANY, an Alaska Corporation<br><br>Defendants. | Case No. C-07-03029 JCS<br><br>STIPULATION ; ORDER |

## RECITALS

- Plaintiff filed its Complaint on June 12, 2007.
- Plaintiff served Defendant by personal service on July 19, 2007 in Soldotna Alaska.
- Defendant's Attorney Donna E. Albert, Esq., has since made contact with Plaintiff's counsel regarding the underlying facts described in the Complaint, and requested that no default be taken so that the case could be evaluated and a potential settlement explored.
- To date, no settlement has been reached. Accordingly, the parties wish to proceed with litigation and have the Court issue a new Order continuing the Case Schedule to a date mutually convenient to all parties and to the Court. Accordingly,

Valinoti
& Dito LLP
Attorneys At Law

-1-
STIPULATION

IT IS HEREBY STIPULATED THAT

1. Defendant's counsel shall execute and forward to Plaintiff's counsel for filing a Consent to Proceed Before A United States Magistrate Judge no later than September 20, 2007.

2. Defendant shall file a responsive pleading to Plaintiff's Complaint no later than October 19, 2007. Neither this Stipulation nor the Consent to Proceed Before A United States Magistrate Judge shall operate to waive Defendant's right to challenge jurisdiction with its initial responsive pleading if it so desires.

3. The parties agree to file a Joint Case Management Conference Statement no later than October 26, 2007.

4. The parties agree to have a Case Management Conference at the earliest possible date that is convenient to the Magistrate Judge and the court on or after Friday November 2, 2007.

IT IS SO STIPULATED.

Dated: September 20, 2007            VALINOTI & DITO, LLP

                                     By: Kenneth L. Valinoti, Esq.
                                     Attorneys for Plaintiff Francis J. Navin

Dated: September 19th, 2007          DONNA E. ALBERT & ASSOCIATES

                                     By: Donna E. Albert, Esq.
                                     Attorneys for Defendant Alaska Coastal Marine Services Company

The Case Management Conference shall take place on Friday, November 2, 2007, at 1:30 p.m.

Dated: September 21, 2007



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION