1   Kenneth L. Valinoti, Esq. (SBN 118442)
    VALINOTI & DITO, LLP
2   180 Montgomery Street, Suite 940
    San Francisco, California  94104-4223
3   Telephone:  (415) 986-1338
    Facsimile:  (415) 986-1231
4   Email:   kvalinoti@valinoti-dito.com

5   Attorneys for Plaintiff Francis J. Navin

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     (San Francisco Division)

11

12  FRANCIS J. NAVIN, an individual,          )
                                              )
13              Plaintiff,                    )     Case No.    C 07  3029JCS
                                              )
14  vs.                                       )
                                              )          STIPULATED REQUEST AND
15  ALASKA COASTAL MARINE SERVICES            )     [PROPOSED] ORDER TO EXTEND
    COMPANY, an Alaska Corporation            )     DEADLINES AND CONTINUE CASE
16                                            )        MANAGEMENT CONFERENCE
                                              )
17              Defendants.                   )
                                              )
18  _____ )

19

20                         RECITALS

21  •   Plaintiff filed its Complaint on June 12, 2007.

22  •   Plaintiff served Defendant by personal service on July 19, 2007 in Soldotna Alaska.

23  •   Settlement talks are progressing steadily.  Both parties are benefitting from the continued delay

24      of litigation proceedings.   Defense counsel has represented to Plaintiff's counsel that a

25      response to Plaintiff's most recent settlement demand should be forthcoming within the next

26      10 to 14 days.  Accordingly, the parties wish to avoid incurring attorneys' fees and costs, and

27      to continue the previously-stipulated dates as follows:

28  ///

Valinoti
& Dito LLP
Attorneys At Law

                                    -1-

IT IS HEREBY STIPULATED THAT

    1.     Defendant shall file a responsive pleading to Plaintiff's Complaint no later than November 23, 2007.

    2.     The parties agree to file a Joint Case Management Conference Statement no later than November 30 , 2007.

    3.     The parties hereby request that the November 2, 2007 Case Management Conference be continued to December 7, 2007 at 1:30 p.m.

    It is further agreed that this stipulation may be signed in counterparts, and a copy of any signature hereto transmitted by facsimile shall have the same force and effect as an original signature.

IT IS SO STIPULATED

Dated: October 30, 2007         VALINOTI & DITO, LLP

                           /s/

                    _____

                    By: Kenneth L. Valinoti, Esq.
                    Attorneys for Plaintiff Francis J. Navin

Dated: October 30, 2007         DONNA E. ALBERT & ASSOCIATES

                           /s/

                    _____

                    By: Donna E. Albert, Esq.
                    Attorneys for Defendant Alaska Coastal Marine Services Company

Based on the stipulation of the parties and good cause appearing therefore,

    ***IT IS SO ORDERED***.

Dated:                _____

                    Hon Judge Spero, Commissioner Presiding

Valinoti
& Dito LLP
Attorneys At Law

STIPULATION AND ORDER TO EXTEND DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE