Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile:  (415) 986-1231
Email:   kvalinoti@valinoti-dito.com

Attorneys for Plaintiff Francis J. Navin

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| FRANCIS J. NAVIN, an individual, | ) |
| Plaintiff, | ) Case No.   C 07  3029JCS |
| vs. | ) STIPULATED REQUEST AND |
| ALASKA COASTAL MARINE SERVICES COMPANY, an Alaska Corporation | ) [~~PROPOSED~~] ORDER TO EXTEND DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE |
| Defendants. | ) |

### RECITALS

• Plaintiff filed its Complaint on June 12, 2007.

• Plaintiff served Defendant by personal service on July 19, 2007 in Soldotna Alaska.

• Settlement talks are progressing steadily. Both parties are benefitting from the continued delay of litigation proceedings. Defense counsel has represented to Plaintiff's counsel that a response to Plaintiff's most recent settlement demand should be forthcoming within the next 10 to 14 days. Accordingly, the parties wish to avoid incurring attorneys' fees and costs, and to continue the previously-stipulated dates as follows:

///

1  IT IS HEREBY STIPULATED THAT

2    1.    Defendant shall file a responsive pleading to Plaintiff's Complaint no later than November 23, 2007.

4    2.    The parties agree to file a Joint Case Management Conference Statement no later than November 30 , 2007.

6    3.    The parties hereby request that the November 2, 2007 Case Management Conference be continued to December 7, 2007 at 1:30 p.m.

It is further agreed that this stipulation may be signed in counterparts, and a copy of any signature hereto transmitted by facsimile shall have the same force and effect as an original signature.

IT IS SO STIPULATED

Dated: October 30, 2007    VALINOTI & DITO, LLP

/s/
_____
By: Kenneth L. Valinoti, Esq.
Attorneys for Plaintiff Francis J. Navin

Dated: October 30, 2007    DONNA E. ALBERT & ASSOCIATES

/s/
_____
By: Donna E. Albert, Esq.
Attorneys for Defendant Alaska Coastal Marine Services Company

Based on the stipulation of the parties and good cause appearing therefore,

**IT IS SO ORDERED**.

Dated:   October 30, 2007



_____
Hon Judge Spero, Presiding



-2-

**STIPULATION AND ORDER TO EXTEND DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE**