Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

Attorneys for Plaintiff Francis J. Navin

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| FRANCIS J. NAVIN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> ALASKA COASTAL MARINE SERVICES COMPANY, an Alaska Corporation <br><br> Defendants. | Case No. C 07-03029 JCS <br><br> **CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date: December 7, 2007 <br> Time: 1:30 p.m. <br> Place: Courtroom A, 15th Floor <br> Judge: Hon. Joseph C. Spero |

Plaintiff FRANCIS J. NAVIN, by his undersigned counsel, submits this Case Management Conference Statement.

**This case has tentatively settled.** Parties are exchanging closing documents and expect to have signatures and settlement draft exchanged before January 1, 2008. Plaintiff proposes that the matter be put on the Order to Show Cause Calendar in anticipation of eventual dismissal.

Dated: November 27, 2007            VALINOTI & DITO, LLP

                                    By: _____
                                    James S. McPherson, Esq.
                                    Attorneys for Plaintiff Francis J. Navin

CASE MANAGEMENT CONFERENCE STATEMENT

## CASE MANAGEMENT ORDER

_____

_____

_____

_____

_____.

IT IS SO ORDERED.

DATED:_____

_____
Hon. JOSEPH C. SPERO
United States District Court Magistrate

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and am not a party to the within action; my business address is 180 Montgomery Street, Suite 940, San Francisco, California 94104-4223. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and for overnight delivery via express courier.

On the date set forth below I served the foregoing **CASE MANAGEMENT CONFERENCE STATEMENT** on the addressee(s) below by one or more of the following methods:

(X) **BY FIRST-CLASS MAIL (CCP §§ 1013a & 2015.5).** By placing same in a box, sealing, fully prepaying postage thereon and depositing said box in the U.S. Mail at San Francisco, California.

(X) **BY FACSIMILE (CCP §§ 1013 and 2015.5 and California Rules of Court, Rule 2008[e]).** By transmitting same by facsimile machine at 10:00 o'clock, a.m.. The facsimile machine I used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. Service by facsimile occurred by agreement of the parties pursuant to CCP §1013.

( ) BY PERSONAL SERVICE (CCP § 1011). By personal delivery of same.

( ) BY EXPRESS COURIER. By placing same in a sealed **UPS NEXT DAY AIR** envelope, addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office, which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

Addressee(s):

Donna E. Albert, Esq.
Donna E. Albert and Associates, P.A.
7999 N. Federal Hwy., Suite 320
Boca Raton, FL 33487
Telephone: (561) 994-9904
Facsimile: (561) 994-9774

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 27, 2007 at San Francisco, California.

Maria T. Nguyen
(Printed Name)

(Signature)


Valinoti & Dito LLP
Attorneys At Law