**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS J. NAVIN,                                         No. C 07-03029 (JCS)

       Plaintiff(s),
                                              CLERK'S NOTICE

   v.

ALASKA COASTAL MARINE,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for December 7, 2007, at 1:30 p.m., has been reset to **January 18, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **January 11, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: November 28, 2007

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                                by: _____
                                                     Karen L. Hom
                                                     Courtroom Deputy